# FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.

ATTORNEYS AT LAW

Glenn J. Franklin
Steven Elliot Cohen
Michael S. Mosscrop
Elana T. Henderson*
Michael D. Yim
Troy A. Pacella
*ADMITTED TO NY AND NJ

Martin Gringer, RETIRED

666 OLD COUNTRY ROAD, SUITE 202
GARDEN CITY, NEW YORK 11530-2013
TELEPHONE (516) 228-3131 . FAX (516) 228-3136

March 9, 2026

*Via ECF*
Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     *Nolasco v. Sunrise Metal Inc., et al,* Docket No.: 24-cv-8153

Dear Judge Locke:

We represent Defendants Sunrise Metal Inc., J.A.G. Air Conditioner Corp., JAG Mechanical Service LLC, and Jose Carvajal in the above-captioned matter. Pursuant to Local Civil Rule 1.4, we respectfully submit this letter motion seeking an Order relieving Franklin, Gringer, Cohen & Mosscrop P.C. as counsel for Defendants.

Local Civil Rule 1.4 provides that "an attorney who has appeared for a party may be relieved or displaced only by order of the court" upon "a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case." Local Civil Rule 1.4.

Courts in the Eastern District of New York consistently grant motions to withdraw as counsel when attorneys demonstrate satisfactory reasons and minimal disruption to proceedings under Local Civil Rule 1.4. Courts analyze two factors: the reasons for withdrawal and the impact of the withdrawal on the timing of the proceeding. *Schwartz v. AMF Bowling Center, Inc.*, 746 F.Supp.3d 1 (2024). Whether to grant or deny such a motion is within the sound discretion of the district court. Id.

Defendants retained Franklin, Gringer, Cohen & Mosscrop P.C. pursuant to a written retainer agreement dated December 11, 2024. *See* **Exhibit A**. The retainer agreement provides that the firm was retained regarding a wage-and-hour lawsuit filed by Felix Saul Guevara Nolasco and Luis Fernando Trujillo Lopez in the United States District Court for the Eastern District of New York.

The retainer agreement executed between Defendants and counsel limited the scope of counsel's representation to the defense of the claims asserted by Plaintiffs in this action. Counsel participated in the litigation and the subsequent settlement of those claims consistent with that engagement. The present proceedings arise from Defendants' alleged non-compliance with the terms of the settlement agreement. Such post-settlement enforcement proceedings were not contemplated within the scope of the parties' retainer agreement and therefore fall outside the representation for which counsel was retained.

Despite multiple attempts by counsel to communicate with Defendants regarding their obligations under the settlement agreement and the status of this matter, Defendants have not responded to those communications. Defendants' failure to respond to counsel's repeated communications has materially impaired counsel's ability to continue representation in this matter.

Further, the retainer agreement further provides that invoices are due within thirty (30) days and that in the event payment is not received within that time the account will be considered delinquent and the firm reserves the right to cease work and/or commence collection efforts. Defendants have failed to satisfy their financial obligations under the retainer agreement and have not paid legal fees owed to counsel. *See* **Exhibit B**.

Courts recognize that "[N]on-payment of legal fees is a valid basis for granting a motion to withdraw pursuant to Local Civil Rule 1.4." *de Jesus Rosario v. Mis Hijos Deli Corp*., 491 F.Supp.3d 8 (2020). Courts have similarly held that satisfactory reasons for withdrawal include non-payment of fees, lack of cooperation, and irreconcilable conflicts between attorney and client. *Farmer v. Hyde Your Eyes Optical, Inc*., 60 F.Supp.3d 441 (2014); *Hawkins v. Zoegall*, 2025 WL 1787044 (2025).

Based upon the present posture of this action, counsel does not believe that withdrawal will unduly disrupt the proceedings. Courts consider whether withdrawal would necessitate delay or otherwise prejudice the parties when applying the second prong of the withdrawal analysis. *Schwartz v. AMF Bowling Center, Inc*., 746 F.Supp.3d 1 (2024).

Defendants have failed to respond to counsel's communications in any manner. Under these circumstances, permitting counsel to withdraw will not prejudice Plaintiffs, as Plaintiffs are in no different position than they would be if counsel remained in the case but continued to receive no communication from Defendants. Accordingly, withdrawal will not materially impact the posture of this matter or the parties' ability to proceed before the Court.

Franklin, Gringer, Cohen & Mosscrop P.C. does not assert a retaining or charging lien at this time.

For the foregoing reasons, Franklin, Gringer & Cohen, P.C. respectfully requests that the Court issue an Order relieving it as counsel for Defendants Sunrise Metal Inc., J.A.G. Air Conditioner Corp., JAG Mechanical Service LLC, and Jose Carvajal, and granting such other and further relief as the Court deems just and proper.

We thank you for attention.

Very truly yours,

**FRANKLIN, GRINGER & COHEN, P.C.**

*Michael D. Yim*

_____
Michael D. Yim, Esq.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------------X
FELIX SAUL GUEVARA NOLASCO and LUIS
FERNANDO TRUJILLO LOPEZ, individually on
behalf of themselves and others similarly situated,

**Index No.:** 2:24-cv-08057 **(JMW)**

**Plaintiff(s),**

    **-against-**

SUNRISE METAL INC., J.A.G AIR CONDITIONER
CORP. and JAG MECHANICAL SERVICE LLC, and
JOSE CARVAJAL, as an individual

**Defendants.**

-----------------------------------------------------------------------------------X

**<u>DECLARATION OF MICHAEL YIM, ESQ.</u>**

I, Michael Yim, an attorney admitted to practice in this Court, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury that the following is true and correct based upon my knowledge, information, and belief:

I am a partner at Franklin, Gringer & Cohen, P.C., counsel for Defendants Sunrise Metal, J.A.G. Air Conditioner Corp., JAG Mechanical Service LLC, and Jose Carvajal (all together, where appropriate, as "Defendants"), in the above-captioned matter and, as such, I am familiar with the facts and circumstances in this action. I submit this declaration in support of counsel's letter motion pursuant to Local Civil Rule 1.4 seeking leave to withdraw as counsel for Defendants.

1. The facts set forth herein are based upon my personal knowledge and my review of the files and records maintained by my firm in connection with this matter.

2. Defendants retained Franklin, Gringer, Cohen & Mosscrop P.C. pursuant to a written Retainer Agreement dated December 11, 2024.

1

3. The retainer agreement provides that the firm was retained regarding a wage and hour lawsuit filed by Felix Saul Guevara Nolasco and Luis Fernando Trujillo Lopez in the United States District Court for the Eastern District of New York.

4. The scope of counsel's representation was therefore limited to the defense and resolution of the claims asserted by Plaintiffs in this action.

5. The claims asserted in this matter were ultimately resolved through a negotiated settlement between the parties.

6. Consistent with the scope of counsel's engagement, counsel's role at that stage was limited to finalizing the resolution of the litigation.

7. The matter is presently before the Court because Defendants have allegedly failed to satisfy their obligations under the settlement agreement.

8. As a result, Plaintiffs have sought relief from the Court in connection with enforcement of the settlement agreement or the reopening of the action.

9. These Post-settlement proceedings arise from Defendants' alleged non-compliance with the settlement agreement and were not contemplated within the scope of the parties' retainer agreement.

10. The retainer agreement further provides that invoices would be issued on a monthly basis and that payment would be due within thirty (30) days of the invoice date. If payment is not received within thirty (30) days, the client's account will be considered delinquent and the firm reserves the right to cease work and/or commence collection efforts on delinquent accounts.

11. Despite invoices rendered for work performed in connection with this matter, Defendants have failed to pay outstanding legal fees owed to Franklin, Gringer & Cohen, P.C.

12. As a result of Defendants' failure to satisfy their financial obligations under the retainer agreement, the firm seeks to withdraw as counsel of record.

13. Counsel has made multiple attempts to communicate with Defendants regarding the status of the settlement and the current proceedings before the Court to which the Defendants have failed to respond to.

14. Defendants' lack of responsiveness has materially impaired counsel's ability to continue representation in this matter.

15. At this time, Franklin, Gringer, Cohen & Mosscrop P.C. does not assert a retaining or charging lien in connection with this motion.

16. For the foregoing reasons, Franklin, Gringer, Cohen & Mosscrop P.C. respectfully requests that the Court grant its motion to withdraw as counsel for Defendants Sunrise Metal Inc., J.A.G. Air Conditioner Corp., JAG Mechanical Service LLC, and Jose Carvajal.

Dated: Garden City, New York
March 10, 2026

**FRANKLIN, GRINGER, COHEN
& MOSSCROP P.C.**

By:    /s Michael Yim_____
Michael Yim, Esq.
*Attorneys for Defendants*
666 Old Country Road, Suite 202
Garden City, New York 11530
(516) 228-3131

# EXHIBIT A

# FRANKLIN, GRINGER & COHEN, P.C.

GLENN J. FRANKLIN
STEVEN ELLIOT COHEN
MICHAEL S. MOSSCROP
ELANA T. HENDERSON*
MICHAEL D. YIM

*ADMITTED IN NY AND NJ

ATTORNEYS AT LAW

666 OLD COUNTRY ROAD, SUITE 202
GARDEN CITY, NEW YORK 11530-2013
TELEPHONE (516) 228-3131 • FAX (516) 228-3136

MARTIN GRINGER, RETIRED

December 11, 2024

Mr. Jose Carvajal
Sunrise Metal Inc.
J.A.G. Air Conditioner Corp.
JAG Mechanical Service LLC
132 Marine Street, Suite A
Farmingdale, New York 11735

**Re: Retainer Agreement**

Dear Jose:

It was a pleasure meeting with you today. This shall confirm that **FRANKLIN, GRINGER & COHEN, P.C.** has been retained by **SUNRISE METAL INC., J.A.G AIR CONDITIONER CORP., JAG MECHANICAL SERVICE LLC, and JOSE CARVAJAL** individually regarding a wage and hour lawsuit filed by Felix Saul Guevara Nolasco and Luis Fernando Trujillo Lopez in United States District Court, Eastern District, Index No. 2:24-cv-08057.

Your retainer fee for this matter is the sum of Five Thousand ($███████ Dollars which will be applied against our current hourly rates of $█████ per hour for partners/of counsel, $██████ per hour for senior associates, $████ for Law Clerks, and $█████ per hour for legal assistants for our firm's services. In addition, our firm also bills for reimbursement of actual out-of-pocket expenses, such as overnight mail, online research, index fees, transcripts, messengers, parking fees, etc. Invoices are sent out on a monthly basis.

Payment is due within thirty (30) days of the date of the invoice unless arrangements have been made to extend the due date. In the event payment is not received within thirty (30) days, your account will be considered delinquent. We reserve the right to cease work and/or start collection efforts on any delinquent accounts. You agree that you will execute any documents that we request that are necessary for us to be relieved as your counsel.

During the course of this litigation, you may be asked to produce documents relating to the Lawsuit and the claims made by the Plaintiffs as well as any possible claims or defenses we may raise on your behalf. **IT IS CRITICAL THAT DOCUMENTS RELEVANT TO THE LAWSUIT AND THESE REQUESTS BE PRESERVED.** Failure to preserve documents that you are required to produce could provide significant obstacles to the defense of the Lawsuit and could result in serious fines or other penalties. The documents you must preserve include all documents relating to your employees', including but not limited to wages, payroll, tips,

scheduling, time records, tax documents, vacation and other types of leave, paper documents, and electronic documents (including all email messages and attachments, word processing documents, spreadsheets, databases, calendar entries, computer drawings or any other documents or files created on the Company's computer systems).

**The time period primarily at issue in this case is November 20, 2018, to the present day.**

Documents that have the potential to be relevant to the case must be retained for these purposes. This means that you and your businesses will temporarily suspend any routine document destruction procedures currently in place, and we will need your assistance to ensure that information technology software and protocols intended to automatically destroy or overwrite emails or other documents after a certain time are suspended. If there are any personnel in departments that may have handled transactions with the plaintiffs and similarly situated workers then they should be identified and instructed to retain all pertinent documents and records. This means that wage and hour records or other documents relating to other workers during the relevant time period must also not be destroyed. Please let me know as soon as possible of the names of other employees or outside parties who should receive these instructions. I will notify you as soon as routine practices can resume.

We will also need assistance in preserving and gathering items (whether paper or electronic) relating to the plaintiffs and any similarly situated workers, and all discussions that took place relating to the plaintiffs and any similarly situated workers.

**YOU AND YOUR EMPLOYEES ARE HEREBY INSTRUCTED NOT TO DESTROY, DELETE OR OVERWRITE ANY SUCH MATERIAL OR FILES (WHETHER PRINT OR ELECTRONIC) REGARDING THE PLAINTIFFS AND SIMILARLY SITUATED WORKERS, OR WHICH MAY BE RELEVANT TO THE LAWSUIT (REGARDLESS OF ANY STANDARD RETENTION POLICIES) UNTIL INSTRUCTED OTHERWISE. WHEN IN DOUBT AS TO THE RELEVANCE OF A PARTICULAR DOCUMENT, PLEASE PRESERVE THE DOCUMENT.**

**To ensure preservation of necessary electronic documents, the following sources must be considered:**

- Current and former employees' laptops, PCs, handheld devices (such as BlackBerry and iPhone devices), or other hardware provided to employees (including removable storage devices such as USB "flash" drives and individual user drives);
- If work-related documents are stored on a home computer, those particular home computers and/or home email accounts;
- Email servers; and
- Any other local or centralized storage media which may be accessed by your employees.

The IT staff, if any, should be notified of these requirements and will assist our legal team in locating documents necessary for use in the case. To the extent necessary, any company-wide email archival system and recycling schedule should also be suspended effective immediately. The system and schedule will likely be reinstated after initial meetings with the court and opposing counsel to discuss the scope of the documents to be produced.

At this time, I do not need you to forward any documents to me, only to identify and preserve all relevant documents that may need to be produced at a later date.

At the conclusion of this matter, we will retain your legal files for a period of ten years after we close our file. At the expiration of the 10-year period, we will destroy these files unless you notify us in writing that you wish to take possession of them. We reserve the right to charge administrative fees and costs associated with researching, retrieving, copying and delivering such files.

Please be advised that pursuant to a court decision and Office of Court Administration pronouncement, you have the right to arbitrate any fee dispute between One Thousand Dollars ($1,000.00) and Fifty Thousand Dollars ($50,000.00). Should you choose to select arbitration in the fee dispute, the arbitrator's ruling will be final and binding. If you select arbitration, the arbitrator will be designated by the American Arbitration Association. Either party may request mediation of a fee dispute rather than arbitration or court proceedings. However, both parties must agree to the mediation process.
Arbitration ordinarily offers a quicker resolution of the dispute and can result in less cost than court litigation.

If this retainer agreement is not dated, signed and returned to Franklin, Gringer & Cohen, P.C., by hand delivery or first class mail within one week following the date of this letter, the firm shall conclude that you do not wish to retain its services; the firm will take no action whatsoever in this matter and advises you to consult with other legal counsel of your choice immediately to preserve your rights and protect your interests, if any.

Kindly sign below and return the retainer agreement to us. We look forward to working with you and thank you for retaining our firm.

Very truly yours,

FRANKLIN, GRINGER & COHEN, P.C.

Glenn J. Franklin

AGREED TO AND ACCEPTED BY:

*Jose H Carvajal*

Date: 12/11/2024

**By: Jose Carvajal individually and on behalf of SUNRISE METAL INC., J.A.G. AIR CONDITIONER CORP. and JAG MECHANICAL LLC**

GJF:se

# EXHIBIT B

# FRANKLIN, GRINGER & COHEN, P.C.

GLENN J. FRANKLIN
STEVEN ELLIOT COHEN
MICHAEL S. MOSSCROP
ELANA T. HENDERSON*
MICHAEL D. YIM

*ADMITTED IN NY AND NJ

## ATTORNEYS AT LAW

666 OLD COUNTRY ROAD, SUITE 202
GARDEN CITY, NEW YORK 11530-2013
TELEPHONE (516) 228-3131 • FAX (516) 228-3136

MARTIN GRINGER, RETIRED

July 31, 2025

Sunrise Metal, Inc.
VIA EMAIL:
jcarvajalsunrisemetal@gmail.com
Attn: Jose Carvajal
132 Marine Street, Suite A
Farmingdale, NY 11735

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/24/2025 | ██████████ | 0.30 <br> 475.00/hr | 142.50 |
| | ████ | 0.30 <br> 475.00/hr | 142.50 |
| 7/25/2025 | ██████ | 0.10 <br> 475.00/hr | 47.50 |
| 7/28/2025 | ██████████████ | 2.50 <br> 475.00/hr | 1,187.50 |
| 7/29/2025 | ██████ | 0.10 <br> 475.00/hr | 47.50 |
| 7/30/2025 | ███████ | 0.50 <br> 475.00/hr | 237.50 |
| For professional services rendered | | 3.80 | $1,805.00 |
| Previous balance | | | ($867.50) |
| Balance due | | | $937.50 |

**PAYABLE WITHIN 30 DAYS**

|            |  | Hrs/Rate | Amount |
|------------|--|----------|--------|
| 8/12/2025  | ████████████████ | 0.20<br>475.00/hr | 95.00 |
| 8/20/2025  | ████████████ | 0.10<br>475.00/hr | 47.50 |
| 8/21/2025  | ████████████████ | 0.30<br>475.00/hr | 142.50 |
| 8/25/2025  | ████████████ | 0.20<br>475.00/hr | 95.00 |
| For professional services rendered | | 12.30 | $4,155.00 |
| Previous balance | | | $937.50 |
| Balance due | | | $5,092.50 |

# FRANKLIN, GRINGER & COHEN, P.C.

## ATTORNEYS AT LAW

GLENN J. FRANKLIN
STEVEN ELLIOT COHEN
MICHAEL S. MOSSCROP
ELANA T. HENDERSON*
MICHAEL D. YIM

*ADMITTED IN NY AND NJ

MARTIN GRINGER, RETIRED

666 OLD COUNTRY ROAD, SUITE 202
GARDEN CITY, NEW YORK 11530-2013
TELEPHONE (516) 228-3131 • FAX (516) 228-3136

August 31, 2025

Sunrise Metal, Inc.
Attn: Jose Carvajal
132 Marine Street, Suite A
Farmingdale, NY 11735

Professional Services



| Date | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/31/2025 | | 5.00<br>475.00/hr | 2,375.00 |
| | | 4.50<br>100.00/hr | 450.00 |
| 8/1/2025 | | 0.10<br>475.00/hr | 47.50 |
| 8/5/2025 | | 0.50<br>475.00/hr | 237.50 |
| | | 0.20<br>475.00/hr | 95.00 |
| 8/6/2025 | | 0.30<br>475.00/hr | 142.50 |
| 8/8/2025 | | 0.30<br>475.00/hr | 142.50 |
| | | 0.10<br>475.00/hr | 47.50 |
| | | 0.30<br>475.00/hr | 142.50 |
| 8/12/2025 | | 0.20<br>475.00/hr | 95.00 |

## PAYABLE WITHIN 30 DAYS

# FRANKLIN, GRINGER & COHEN, P.C.

GLENN J. FRANKLIN
STEVEN ELLIOT COHEN
MICHAEL S. MOSSCROP
ELANA T. HENDERSON*
MICHAEL D. YIM

*ADMITTED IN NY AND NJ

MARTIN GRINGER, RETIRED

### ATTORNEYS AT LAW

666 OLD COUNTRY ROAD, SUITE 202
GARDEN CITY, NEW YORK 11530-2013
TELEPHONE (516) 228-3131 • FAX (516) 228-3136

September 30, 2025

Sunrise Metal, Inc.
Attn: Jose Carvajal
132 Marine Street, Suite A
Farmingdale, NY 11735

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 9/2/2025 ███████████████ | 0.10 475.00/hr | 47.50 |
| 9/15/2025 █████████████████████████████████████ | 0.40 475.00/hr | 190.00 |
| 9/30/2025 ███████████████████████████ | 0.50 475.00/hr | 237.50 |
| For professional services rendered | 1.00 | $475.00 |

Additional Charges :

| | Amount |
|---|---|
| 9/15/2025 ████████████ | 487.50 |
| Total additional charges | $487.50 |
| Total amount of this bill | $962.50 |
| Previous balance | $5,092.50 |
| Balance due | $6,055.00 |

# INVOICE

**FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.**
ATTORNEYS AT LAW

Invoice # 189
Date: 11/16/2025
Due On: 12/16/2025

666 Old Country Road Suite 202
Garden City, NY 11530
United States

Sunrise Metal, Inc.
Attn: Jose Carvajal 132 Marine Street Suite A
Farmingdale, NY 11735

**2834**

## General

| Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| SC | 11/16/2025 | AR Balance Forward | 1.00 | $6,625.00 | $6,625.00 |
| | | | | **Total** | **$6,625.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 355 | 01/03/2026 | $535.00 | $0.00 | $535.00 |
| 1014 | 03/31/2026 | $247.50 | $0.00 | $247.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 189 | 12/16/2025 | $6,625.00 | $0.00 | $6,625.00 |
| | | | **Outstanding Balance** | **$7,407.50** |
| | | | **Total Amount Outstanding** | **$7,407.50** |

Please make all amounts payable to: Franklin, Gringer, Cohen & Mosscrop, P.C.

Please pay within 30 days.

# Remittance Advice

**Checking Information**

**Remit checks to:**    Franklin, Gringer, Cohen & Mosscrop, P.C.
666 Old Country Road Suite 202
Garden City, NY 11530

Please include the invoice ████████ as an additional reference so we may accurately identify and apply your payment. Please provide adequate payment to cover the wire fees assessed by your financial institution.

666 Old Country Road Suite 202
Garden City, NY 11530
United States

# INVOICE

Invoice # 189
Date: 11/16/2025
Due On: 12/16/2025



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

# INVOICE

**FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.**
ATTORNEYS AT LAW

Invoice # 355
Date: 12/04/2025
Due On: 01/03/2026

666 Old Country Road Suite 202
Garden City, NY 11530
United States

Sunrise Metal, Inc.
Attn: Jose Carvajal 132 Marine Street Suite A
Farmingdale, NY 11735

## 2834

## General

### Services

| Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| ▮ | 11/24/2025 | ▮▮▮▮▮▮ | 0.10 | $475.00 | $47.50 |

### Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 11/26/2025 | Mediation | 1.00 | $487.50 | $487.50 |
| | | | **Total** | **$535.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 189 | 12/16/2025 | $6,625.00 | $0.00 | $6,625.00 |
| 1014 | 03/31/2026 | $247.50 | $0.00 | $247.50 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 355 | 01/03/2026 | $535.00 | $0.00 | $535.00 |
| | | | **Outstanding Balance** | **$7,407.50** |
| | | | **Total Amount Outstanding** | **$7,407.50** |

Please make all amounts payable to: Franklin, Gringer, Cohen & Mosscrop, P.C.

Please pay within 30 days.

# Remittance Advice

| Checking Information |
|---|
| **Remit checks to:** Franklin, Gringer, Cohen & Mosscrop, P.C.<br>666 Old Country Road Suite 202<br>Garden City, NY 11530 |

Please include the invoice ▓▓▓▓▓▓ as an additional reference so we may accurately identify and apply your payment. Please provide adequate payment to cover the wire fees assessed by your financial institution.

666 Old Country Road Suite 202
Garden City, NY 11530
United States

# INVOICE

Invoice # 355
Date: 12/04/2025
Due On: 01/03/2026



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

# FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.
### ATTORNEYS AT LAW

666 Old Country Road Suite 202
Garden City, NY 11530
United States

Sunrise Metal, Inc.
Attn: Jose Carvajal 132 Marine Street Suite A
Farmingdale, NY 11735

**2834**

## General

| Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| ▮ | 02/27/2026 | ▬▬▬▬▬▬▬▬▬ | 0.50 | $495.00 | $247.50 |
| | | | | **Total** | **$247.50** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 189 | 12/16/2025 | $6,625.00 | $0.00 | $6,625.00 |
| 355 | 01/03/2026 | $535.00 | $0.00 | $535.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1014 | 03/31/2026 | $247.50 | $0.00 | $247.50 |
| | | | **Outstanding Balance** | **$7,407.50** |
| | | | **Total Amount Outstanding** | **$7,407.50** |

Please make all amounts payable to: Franklin, Gringer, Cohen & Mosscrop, P.C.

Please pay within 30 days.

# Remittance Advice

**Checking Information**

**Remit checks to:**   Franklin, Gringer, Cohen & Mosscrop, P.C.
666 Old Country Road Suite 202
Garden City, NY 11530

Please include the invoice ▉▉▉▉▉▉ as an additional reference so we may accurately identify and apply your payment. Please provide adequate payment to cover the wire fees assessed by your financial institution.

666 Old Country Road Suite 202
Garden City, NY 11530
United States

# INVOICE

Invoice # 1014
Date: 03/01/2026
Due On: 03/31/2026



## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
FELIX SAUL GUEVARA NOLASCO and LUIS
FERNANDO TRUJILLO LOPEZ, individually on
behalf of themselves and others similarly situated,

                                      Plaintiffs,

            -against-

SUNRISE METAL, et al.,

                                   Defendants.
-------------------------------------------------------------------------X

Index No.: 2:24-cv-08057

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF NASSAU    )


        SAMANTHA EUSEBIO, affirm under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct: deponent is not a party to the action, is over 18 years of age, and resides at Baldwin, New York.

        On March 12, 2026, the deponent served a true copy of the a true copy of the **Letter Motion to Withdraw as Counsel, Exhibits 1-2, and Declaration of Michael Yim Esq**., was served upon the Defendants' Sunrise Metal Inc., J.A.G. Air Conditioner Corp., JAG Mechanical Service LLC, Jose Carvajal, via the e-mail and by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address(es) of the addressee(s) as indicated below:

        **Sunrise Metal Inc.**
        132 Marine Street Suite A
        Farmingdale, New York 11735
        sunrisemetalinc@gmail.com

        **J.A.G. Air Conditioner Corp.**
        132 Marine Street Suite A
        Farmingdale, New York 11735
        sunrisemetalinc@gmail.com

        **JAG Mechanical Service LLC**
        132 Marine Street Suite A
        Farmingdale, New York 11735
        sunrisemetalinc@gmail.com

1

**JAG Mechanical Service LLC**
132 Marine Street Suite A
Farmingdale, New York 11735
sunrisemetalinc@gmail.com

**Jose Carvajal**
132 Marine Street Suite A
Farmingdale, New York 11735
sunrisemetalinc@gmail.com

Via: ECF
Helen F. Dalton & Associates
Attorneys for Plaintiffs
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
(718) 263-9591

SAMANTHA EUSEBIO

Sworn to before me this
12th of March, 2026

NOTARY PUBLIC

STEVEN M GREENBLATT
Notary Public, State of New York
Reg. No. 02GR4637089
Qualified in Nassau County
Commission Expires 09/30/20 26